# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 6, 2007

127547 (30)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GRIEVANCE ADMINISTRATOR,
      Petitioner-Appellant,

v

                                                      SC: 127547
                                                      ADB: 01-55-GA

GEOFFREY N. FIEGER,
      Respondent-Appellee.

_____/

      On order of the Court, the motion for reconsideration of this Court's December 21, 2006 order denying the motion for stay of proceedings pending the U.S. Supreme Court's consideration of the petition for certiorari in this case is DENIED as moot, inasmuch as the U.S. Supreme Court denied certiorari on February 20, 2007.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 6, 2007

_____
Clerk

t0403